JAMES R. ROSE, STATE BAR #109726
KATHARINE HELDT FALACE, STATE BAR #222744
LAW OFFICES OF JAMES R. ROSE
1500 Railroad Avenue
St. Helena, California   94574
Tel: 707-967-9656
Fax: 707-963-0771
Email: roselawinc@sbcglobal.net
Attorneys for Plaintiff and Counter-Defendants

Patrick McGovern #115981
270 Redwood Shores Parkway
Number 730
Redwood City, CA 94065
Email: mcglaw@comcast.net
Attorney for Defendants and Cross-Complainants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTT BROTHERS DEVELOPMENT, LLC, a limited liability company,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JEAN NICHOLSON et. al.,<br><br>　　　　　　　　　Defendants.<br><br>AND RELATED CROSS-CLAIM | Case No.  CV 09-0807-PJH<br><br>STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO CONTINUE DISCOVERY CUTOFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26<br><br>Judge: Hon. Phyllis J. Hamilton |

　　　　Plaintiffs and Cross-Defendants GOTT BROTHERS DEVELOPMENT, LLC, a limited liability company; JOEL GOTT, an individual; and DUNCAN GOTT ("Plaintiffs") and Defendants and Cross-Complainants JEAN NICHOLSON and DEAN NICHOLSON, individually and as Trustees of the DEAN AND JEAN T. NICHOLSON FAMILY TRUST; VIRGINIA TOOGOOD, individually and as the Trustee of the VIRGINIA TOOGOOD FAMILY TRUST COMPRISING VIRGINIA T. TOOGOOD ("Defendants") (collectively referred to as

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF　　　　　　　　　　　　　　　PAGE 1

the "Parties") respectfully submit this Stipulation to Continue the Discovery Cutoff dates pursuant to Rule 26 of the Federal Rules of Civil Procedure.

WHEREAS, on January 31, 2011, the Court Ordered the following Pretrial Schedule:

NON-EXPERT DISCOVERY CUTOFF: October 7, 2011

DISCLOSURE OF EXPERTS (retained and non-retained): August 26, 2011

EXPERT DISCOVERY CUTOFF: October 7, 2011.

WHEREAS, Plaintiffs and Defendants have stipulated to continue these dates as follows:

NON-EXPERT DISCOVERY CUTOFF: December 15, 2011

DISCLOSURE OF EXPERTS (retained and non-retained): December 15, 2011

EXPERT DISCOVERY CUTOFF: January 30, 2012

The Parties have agreed to said extension to allow for more time to explore settlement without incurring discovery costs;

There have been no prior stipulations to continue the discovery cutoffs in this matter;

The extension of time will not affect the trial dates currently set in this matter;

NOW, THEREFORE, Plaintiffs and Defendants respectfully submit this Stipulation to the Court and respectfully request that it become the Order of the Court.

IT IS SO STIPULATED.

Dated: August 25, 2011          THE LAW OFFICES OF JAMES R. ROSE

/s/ James R. Rose

_____
JAMES R. ROSE, Counsel for Plaintiffs and Cross-Defendants

Dated: August 25, 2011

/s/ Patrick McGovern

_____
PATRICK MCGOVERN, Counsel for Defendants and Cross-Complainants

//
//
//

## ORDER

The Parties' Stipulation to continue the Discovery Cutoffs is hereby adopted by this Court. The new discovery cutoffs are now as follows:

    NON-EXPERT DISCOVERY CUTOFF: December 15, 2011

    DISCLOSURE OF EXPERTS (retained and non-retained): December 15, 2011

    EXPERT DISCOVERY CUTOFF: January 30, 2012

Such is the Order of the Court. The parties are ordered to comply with this Order.

Dated: 8/26/11

_____
HONORABLE PHYLLIS J. HAMILTON

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA