JAMES R. ROSE, STATE BAR #109726
KATHARINE HELDT FALACE, STATE BAR #222744
LAW OFFICES OF JAMES R. ROSE
1500 Railroad Avenue
St. Helena, California  94574
Tel: 707-967-9656
Fax: 707-963-0771
Email: roselawinc@sbcglobal.net
Attorneys for Plaintiff and Counter-Defendants

Patrick McGovern #115981
270 Redwood Shores Parkway
Number 730
Redwood City, CA 94065
Email: mcglaw@comcast.net
Attorney for Defendants and Cross-Complainants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTT BROTHERS DEVELOPMENT, LLC, a limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JEAN NICHOLSON et. al.,<br><br>　　　　　　　Defendants.<br><br>AND RELATED CROSS-CLAIM | Case No.  CV 09-0807-PJH<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26<br>AS MODIFIED BY THE COURT<br>Judge: Hon. Phyllis J. Hamilton |

   Plaintiffs and Cross-Defendants GOTT BROTHERS DEVELOPMENT, LLC, a limited liability company; JOEL GOTT, an individual; and DUNCAN GOTT ("Plaintiffs") and Defendants and Cross-Complainants JEAN NICHOLSON and DEAN NICHOLSON, individually and as Trustees of the DEAN AND JEAN T. NICHOLSON FAMILY TRUST; VIRGINIA TOOGOOD, individually and as the Trustee of the VIRGINIA TOOGOOD FAMILY TRUST COMPRISING VIRGINIA T. TOOGOOD ("Defendants") (collectively referred to as

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF　　　　　　　　　　　　PAGE 1

the "Parties") respectfully submit this Stipulation to Continue the Discovery Cutoff dates pursuant to Rule 26 of the Federal Rules of Civil Procedure.

WHEREAS, on August 26, 2011, the Court Ordered the following Pretrial Schedule:

NON-EXPERT DISCOVERY CUTOFF: December 15, 2011

DISCLOSURE OF EXPERTS (retained and non-retained): December 15, 2011

EXPERT DISCOVERY CUTOFF: January 15, 2012

WHEREAS, Plaintiffs and Defendants have stipulated to continue these dates as follows:

NON-EXPERT DISCOVERY CUTOFF: January 20, 2012

DISCLOSURE OF EXPERTS (retained and non-retained): January 20, 2012

EXPERT DISCOVERY CUTOFF: February 15, 2012

Non-expert discovery pursuant to this Stipulation will be limited to completion of written discovery already served and/or as agreed between the Parties as follows:

Defendants will respond to the following discovery served on November 16, 2011: Interrogatory Nos. 1, 2, 7, 8, 9, 13, 14, 15, 15, 16, 17, 18, 19, 24 and 25;

Request for Production Nos. 1, 2, 4, 5, 7, 9, 15, 17, 18, 20, 22, 25, 27 and 28.

Plaintiffs and Counter-Defendants will respond to Defendants' Requests for Admissions and Request for Production of Documents served at their office on November 15, 2011, without objection as to the manner and timeliness of service, and Special Interrogatories served by December 9, 2011, via email.

The parties will respond to said discovery on or before January 6, 2012. Service by electronic mail is deemed acceptable.

The Parties stipulate and agree that they will respond to the other party's discovery requests and produce documents responsive to the other party's request for production of documents subject only to objections for privilege or further written agreement limiting such discovery between the Parties. The Parties may interpose additional objections for the purpose of preserving those objections. The Parties will complete depositions already noticed to take place

prior to December 15, 2011, and/or as agreed between the parties at mutually agreed dates, times and locations as follows:

By Defendants and Cross-Complainants: Virginia Toogood, Jean Nicholson, Dean Nicholson. The Nicholson depositions will be taken as near to their residence in Sanger, California as is practicable.

By Plaintiffs and Cross-Defendants: Joel Gott, Duncan Gott, Gott Brothers Development, LLC, Anderson Bartlett (Plaintiff reserves objections to the notice of deposition for Anderson Bartlett).

The Parties have agreed to said extension to allow for more time to negotiate settlement terms and further mediation (Mediator: Daralyn Durie) without incurring additional discovery costs;

There has been one prior stipulation to continue the discovery cutoffs in this matter as described above;

The extension of time will not affect the trial dates currently set in this matter;

NOW, THEREFORE, Plaintiffs and Defendants respectfully submit this Stipulation to the Court and respectfully request that it become the Order of the Court.

IT IS SO STIPULATED.

Dated: December 7, 2011          THE LAW OFFICES OF JAMES R. ROSE

/s/ James R. Rose

JAMES R. ROSE, Counsel for Plaintiffs and Cross-Defendants

Dated: December 7, 2011

/s/ Patrick McGovern

PATRICK MCGOVERN, Counsel for Defendants and Cross-Complainants

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF                    PAGE 3

## ORDER

The Parties' Stipulation to continue the Discovery Cutoffs is hereby adopted by this Court. The new discovery cutoffs are now as follows:

NON-EXPERT DISCOVERY CUTOFF: January 20, 2012

DISCLOSURE OF EXPERTS (retained and non-retained): January 20, 2012

EXPERT DISCOVERY CUTOFF: February 15, 2012

Non-expert discovery pursuant to this Stipulation will be limited to completion of written discovery already served and/or as agreed between the Parties as follows:

Defendants will respond to the following discovery served on November 16, 2011: Interrogatory Nos. 1, 2, 7, 8, 9, 13, 14, 15, 15, 16, 17, 18, 19, 24 and 25;

Request for Production Nos. 1, 2, 4, 5, 7, 9, 15, 17, 18, 20, 22, 25, 27 and 28.

Plaintiffs and Counter-Defendants will respond to Defendants' Requests for Admissions and Request for Production of Documents served at their office on November 15, 2011, without objection as to the manner and timeliness of service, and Special Interrogatories served by December 9, 2011, via email.

The parties will respond to said discovery on or before January 6, 2012. Service by electronic mail is deemed acceptable.

The Parties stipulate and agree that they will respond to the other party's discovery requests and produce documents responsive to the other party's request for production of documents subject only to objections for privilege or further written agreement limiting such discovery between the Parties. The Parties may interpose additional objections for the purpose of preserving those objections. The Parties will complete depositions already noticed to take place prior to December 15, 2011, and/or as agreed between the parties at mutually agreed dates, times and locations as follows:

By Defendants and Cross-Complainants: Virginia Toogood, Jean Nicholson, Dean Nicholson. The Nicholson depositions will be taken as near to their residence in Sanger,

California as is practicable.

By Plaintiffs and Cross-Defendants: Joel Gott, Duncan Gott, Gott Brothers Development, LLC, and Anderson Bartlett (Plaintiff reserves objections to the notice of deposition for Anderson Bartlett).

Such is the Order of the Court. The parties are ordered to comply with this Order. Parties are reminded of referral of 11/3/11 to Magistrate Judge Ryu for settlement conference. Attendance is mandatory.

Dated: 12/12/11                                    _____
                                                   HONORABLE S.J. HAMILTON



STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF                     PAGE 5