1  JAMES R. ROSE, STATE BAR #109726
   KATHARINE HELDT FALACE, STATE BAR #222744
2  LAW OFFICES OF JAMES R. ROSE
   1500 Railroad Avenue
3  St. Helena, California  94574
   Tel: 707-967-9656
4  Fax: 707-963-0771
   Email: roselawinc@sbcglobal.net
5  Attorneys for Plaintiff and Counter-Defendants

6  Patrick McGovern #115981
   270 Redwood Shores Parkway
7  Number 730
   Redwood City, CA 94065
8  Email: mcglaw@comcast.net
   Attorney for Defendants and Cross-Complainants

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| **GOTT BROTHERS DEVELOPMENT, LLC, a limited liability company,** | **Case No.  CV 09-0807-PJH** |
| **Plaintiff,** | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26** AS MODIFIED BY THE COURT |
| **vs.** | Judge: Hon. Phyllis J. Hamilton |
| **JEAN NICHOLSON et. al.,** | |
| **Defendants.** | |
| **AND RELATED CROSS-CLAIM** | |

13

14

15

16

17

18

19

20

21

22    Plaintiffs and Cross-Defendants GOTT BROTHERS DEVELOPMENT, LLC, a limited

23  liability company; JOEL GOTT, an individual; and DUNCAN GOTT ("Plaintiffs") and

24  Defendants and Cross-Complainants JEAN NICHOLSON and DEAN NICHOLSON,

25  individually and as Trustees of the DEAN AND JEAN T. NICHOLSON FAMILY TRUST;

26  VIRGINIA TOOGOOD, individually and as the Trustee of the VIRGINIA TOOGOOD FAMILY

27  TRUST COMPRISING VIRGINIA T. TOOGOOD ("Defendants") (collectively referred to as

28

1  the "Parties") respectfully submit this Stipulation to Continue the Discovery Cutoff dates

2  pursuant to Rule 26 of the Federal Rules of Civil Procedure.

3      WHEREAS, on August 26, 2011, the Court Ordered the following Pretrial Schedule:

4          NON-EXPERT DISCOVERY CUTOFF: December 15, 2011

5          DISCLOSURE OF EXPERTS (retained and non-retained): December 15, 2011

6          EXPERT DISCOVERY CUTOFF: January 15, 2012

7      WHEREAS, Plaintiffs and Defendants have stipulated to continue these dates as follows:

8          NON-EXPERT DISCOVERY CUTOFF: January 20, 2012

9          DISCLOSURE OF EXPERTS (retained and non-retained): January 20, 2012

10         EXPERT DISCOVERY CUTOFF: February 15, 2012

11     Non-expert discovery pursuant to this Stipulation will be limited to completion of written

12  discovery already served and/or as agreed between the Parties as follows:

13     Defendants will respond to the following discovery served on November 16, 2011:

14  Interrogatory Nos. 1, 2, 7, 8, 9, 13, 14, 15, 15, 16, 17, 18, 19, 24 and 25;

15     Request for Production Nos. 1, 2, 4, 5, 7, 9, 15, 17, 18, 20, 22, 25, 27 and 28.

16     Plaintiffs and Counter-Defendants will respond to Defendants' Requests for Admissions

17  and Request for Production of Documents served at their office on November 15, 2011, without

18  objection as to the manner and timeliness of service, and Special Interrogatories served by

19  December 9, 2011, via email.

20     The parties will respond to said discovery on or before January 6, 2012.  Service by

21  electronic mail is deemed acceptable.

22     The Parties stipulate and agree that they will respond to the other party's discovery

23  requests and produce documents responsive to the other party's request for production of

24  documents subject only to objections for privilege or further written agreement limiting such

25  discovery between the Parties.  The Parties may interpose additional objections for the purpose of

26  preserving those objections. The Parties will complete depositions already noticed to take place

27

28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF                    PAGE 2

1
2

prior to December 15, 2011, and/or as agreed between the parties at mutually agreed dates, times and locations as follows:

3
4
5

By Defendants and Cross-Complainants: Virginia Toogood, Jean Nicholson, Dean Nicholson. The Nicholson depositions will be taken as near to their residence in Sanger, California as is practicable.

6
7
8

By Plaintiffs and Cross-Defendants: Joel Gott, Duncan Gott, Gott Brothers Development, LLC, Anderson Bartlett (Plaintiff reserves objections to the notice of deposition for Anderson Bartlett).

9
10
11

The Parties have agreed to said extension to allow for more time to negotiate settlement terms and further mediation (Mediator: Daralyn Durie) without incurring additional discovery costs;

12
13

There has been one prior stipulation to continue the discovery cutoffs in this matter as described above;

14

The extension of time will not affect the trial dates currently set in this matter;

15
16

NOW, THEREFORE, Plaintiffs and Defendants respectfully submit this Stipulation to the Court and respectfully request that it become the Order of the Court.

17

IT IS SO STIPULATED.

18
19

Dated: December 7, 2011        THE LAW OFFICES OF JAMES R. ROSE

20

/s/ James R. Rose

21
22

JAMES R. ROSE, Counsel for Plaintiffs and Cross-Defendants

23
24

Dated: December 7, 2011

/s/ Patrick McGovern

25
26
27

PATRICK MCGOVERN, Counsel for Defendants and Cross-Complainants

28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF                PAGE 3

1

## ORDER

2      The Parties' Stipulation to continue the Discovery Cutoffs is hereby adopted by this

3   Court. The new discovery cutoffs are now as follows:

4           NON-EXPERT DISCOVERY CUTOFF: January 20, 2012

5           DISCLOSURE OF EXPERTS (retained and non-retained): January 20, 2012

6           EXPERT DISCOVERY CUTOFF: February 15, 2012

7      Non-expert discovery pursuant to this Stipulation will be limited to completion of written

8   discovery already served and/or as agreed between the Parties as follows:

9      Defendants will respond to the following discovery served on November 16, 2011:

10  Interrogatory Nos. 1, 2, 7, 8, 9, 13, 14, 15, 15, 16, 17, 18, 19, 24 and 25;

11          Request for Production Nos. 1, 2, 4, 5, 7, 9, 15, 17, 18, 20, 22, 25, 27 and 28.

12      Plaintiffs and Counter-Defendants will respond to Defendants' Requests for Admissions

13  and Request for Production of Documents served at their office on November 15, 2011, without

14  objection as to the manner and timeliness of service, and Special Interrogatories served by

15  December 9, 2011, via email.

16      The parties will respond to said discovery on or before January 6, 2012.  Service by

17  electronic mail is deemed acceptable.

18      The Parties stipulate and agree that they will respond to the other party's discovery

19  requests and produce documents responsive to the other party's request for production of

20  documents subject only to objections for privilege or further written agreement limiting such

21  discovery between the Parties.  The Parties may interpose additional objections for the purpose of

22  preserving those objections. The Parties will complete depositions already noticed to take place

23  prior to December 15, 2011, and/or as agreed between the parties at mutually agreed dates, times

24  and locations as follows:

25      By Defendants and Cross-Complainants:  Virginia Toogood, Jean Nicholson, Dean

26  Nicholson.  The Nicholson depositions will be taken as near to their residence in Sanger,

27

28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF                    PAGE 4

1   California as is practicable.

2       By Plaintiffs and Cross-Defendants:  Joel Gott, Duncan Gott, Gott Brothers

3   Development, LLC, and Anderson Bartlett (Plaintiff reserves objections to the notice of

4   deposition for Anderson Bartlett).

5       Such is the Order of the Court.  The parties are ordered to comply with this Order.

6       Parties are reminded of referral of 11/3/11 to Magistrate Judge Ryu for settlement
        conference.  Attendance is mandatory.

7   Dated:  12/12/11 _____

8                                                   HONOR____  _____ ____ S.J. HAMILTON



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF                    PAGE 5