| | |
|---|---|
| 1 | PATRICK MCGOVERN, ESQ. (SBN 115981) |
| 2 | 270 Redwood Shores Parkway, No. 730 |
|   | Redwood City, California 94065 |
| 3 | Telephone:   (650) 274-4085 |
|   | Facsimile:     (650) 212-0081 |
| 4 | E-Mail:  mcglaw@comcast.net |

Attorneys for Defendants/Counter-Claimants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTT BROTHERS DEVELOPMENT, LLC, a limited liability company,  Plaintiff, vs. JEAN NICHOLSON and DEAN NICHOLSON, individually and as Trustees of the DEAN AND JEAN T. NICHOLSON FAMILY TRUST; VIRGINIA TOOGOOD, individually and as the Trustee of the VIRGINIA TOOGOOD FAMILY TRUST, COMPRISING VIRGINIA T. TOOGOOD AND DOES 1-20, INCLUSIVE,  Defendants. | Case No.  CV 09-00807 PJH<br><br>STIPULATION AND [PROPOSED] ORDER EXCUSING PARTIES FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE<br><br>Judge: Hon. Phyllis J. Hamilton<br><br>MSC Judge:  Hon. Donna M. Ryu<br>Date:  January 9, 2012<br><br>Time:  11:00 a.m. |

## STIPULATION

Jean and Dean Nicholson and Virginia Toogood, by and through their attorney of record, Patrick McGovern, and Gott Brothers Development, LLC, Joel Gott and Duncan Gott, by and through their attorney of record, James Rose, hereby state and stipulate as follows.

Request having been made in writing by Counsel for Defendants/Counter-Complainants Dean and Jean Nicholson excusing them from personally appearing at the Settlement Conference on January 9, 2012, and good cause appearing therefore,

- 3 -

Case No. 09-00807 PJH (DMR)

**IT IS HEREBY STIPULATED**

1. That Defendants/Counter-Complainants Dean and Jean Nicholson are excused from personally appearing at the Settlement Conference on January 9, 2012;

2. That said parties shall be personally represented at the Settlement Conference on that date by their son, Bob Nicholson, who shall have full authority to settle the matter on their behalf;

3. That said parties will be available for consultation by telephone, if necessary, for the duration of the Settlement Conference.

**IT IS SO STIPULATED.**

Dated: January 5, 2012   THE LAW OFFICES OF JAMES R. ROSE

/s/ James R. Rose
_____
JAMES R. ROSE, Counsel for Plaintiffs and Cross-Defendants

Dated: January 5, 2012

/s/ Patrick McGovern
_____
PATRICK MCGOVERN, Counsel for Defendants and Cross-Complainants

## ORDER

The parties having so stipulated and good cause appearing therefore,

**IT IS ORDERED**

1. That Defendants/Counter-Complainants Dean and Jean Nicholson are excused from personally appearing at the Settlement Conference on January 9, 2012;

2. That said parties shall be personally represented at the Settlement Conference on that date by their son, Bob Nicholson, who shall have full authority to settle the matter on their behalf;

1  3. That said parties will be available for consultation by telephone, if necessary, for the
2  duration of the Settlement Conference.
3
4  Dated: _January _5_, 2012_____
5
6  _____
7  HONORABLE DONNA M. RYU
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

Case No. 09-00807 PJH (DMR)