UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOTT BROTHERS DEVELOPMENT, LLC,

    Plaintiff(s),

    v.

JEAN NICHOLSON, et al.,

    Defendant(s).
_____/

No. C 09-0807 PJH

**ORDER TO SHOW CAUSE**

By minute entry on January 9, 2012, this case was reported as settled following a settlement conference with Magistrate Judge Ryu. However, to date no further filings have been made. The pretrial order set the final pretrial conference for March 8, 2012, and thus the parties' pretrial filings were due on February 9, 2012. None were filed.

Accordingly, The parties are ordered to appear before the court to show cause why sanctions should not be imposed for failure to comply with the pretrial order. The hearing on the order to show cause will be held on March 1, 2012 at 2:00 p.m. This hearing will be vacated and the order to show cause discharged should the parties submit a stipulation for dismissal, stipulated judgment or consent decree before the hearing.

**IT IS SO ORDERED.**

Dated: February 13, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge