JAMES R. ROSE
KATHARINE HELDT FALACE
THE LAW OFFICES OF JAMES R. ROSE
1500 Railroad Avenue
St. Helena, CA  94574
Telephone: (707) 967-9656
Facsimile: (707) 963-0771
Email: jamesroselaw@sbcglobal.net

PATRICK MCGOVERN, ESQ. (SBN 115981)
270 Redwood Shores Parkway, No. 730
Redwood City, California 94065
Telephone:    (650) 274-4085
Facsimile:    (650) 212-0081
E-Mail:  mcglaw@comcast.net

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTT BROTHERS DEVELOPMENT, LLC, a limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>JEAN NICHOLSON and DEAN NICHOLSON, individually and as Trustees of the DEAN AND JEAN T. NICHOLSON FAMILY TRUST;  VIRGINIA TOOGOOD, individually and as the Trustee of the VIRGINIA TOOGOOD FAMILY TRUST, COMPRISING VIRGINIA T. TOOGOOD AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No.  CV 09-00807 PJH<br><br>**JOINT STIPULATION OF DISMISSAL AND [**~~PROPOSED~~**] ORDER**<br><br>JUDGE:    Hon. Phyllis J. Hamilton |

Whereas Plaintiff and Counter-Defendants GOTT BROTHERS DEVELOPMENT, LLC, a California limited liability company. JOEL GOTT, an individual and DUNCAN GOTT,

- 1 -

Case No. 09-00807 PJH

1  an individual ("GOTT"), and Defendants and Counter-Complainants JEAN NICHOLSON and
2  DEAN NICHOLSON, individually and as Trustees of the DEAN AND JEAN T. NICHOLSON
3  FAMILY TRUST and VIRGINIA TOOGOOD, individually and as the Trustee of the
4  VIRGINIA TOOGOOD FAMILY TRUST COMPRISING VIRGINIA T. TOOGOOD
5  ("NICHOLSON/TOOGOOD")  (collectively the "Parties") reached a settlement before the
6  Honorable Magistrate Judge Ryu, the terms of which were put on the record on January 9,
7  2012.  Accordingly, the above matter may now be dismissed.   As part of the settlement put on
8  the record on that date, Judge Ryu retained jurisdiction, and shall continue to retain such
9  jurisdiction after filing of this stipulation and dismissal, to resolve any dispute concerning the
10 drafting of settlement documents by binding and non-appealable decision.  Further, as the
11 settlement included installment payments from GOTT to NICHOLSON/TOOGOOD, the last
12 of which is due and payable on June 1, 2014, the Court shall retain jurisdiction on application
13 of NICHOLSON/TOOGOOD to set aside this dismissal and enter judgment upon the
14 settlement on the record or instead pursuant to subsequent written settlement agreement
15 executed by the Parties.
16         IT IS HEREBY STIPULATED by the Parties and their attorneys of record that the
17 Court respectfully confirm the dismissal of the above action without prejudice pursuant to Rule
18 41(a)(1)(ii) of the Federal Rules of Civil Procedure.
19         WHEREFORE, the Parties stipulate that this case be dismissed without prejudice
20 pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure upon the terms set forth
21 herein.
22         Jointly stipulated this ____ day of February, 2012.

                                THE LAW OFFICES OF JAMES R. ROSE


                                _____
                                JAMES R. ROSE
                                Attorneys for Plaintiff and Counter-Defendants

- 2 -

Case No. 09-00807 PJH

THE LAW OFFICES OF PATRICK MCGOVERN

_____

PATRICK MCGOVERN
Attorneys for Defendants and Counter-Claimaints

## ORDER

The Joint Stipulation of Dismissal having been submitted by the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**

1. The case is dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

2. Magistrate Judge Donna M. Ryu to resolve any dispute concerning the drafting of settlement documents by binding and non-appealable decision; and

3. The Court retains jurisdiction upon application of NICHOLSON/TOOGOOD to set aside this dismissal and enter judgment upon the settlement on the record or instead pursuant to subsequent written settlement agreement executed by the Parties.

**IT IS SO ORDERED**

Dated: February 28, 2012

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED / Judge Phyllis J. Hamilton* [seal]

- 3 -

Case No. 09-00807 PJH