1  JAMES R. ROSE
   KATHARINE HELDT FALACE
2  THE LAW OFFICES OF JAMES R. ROSE
3  1500 Railroad Avenue
   St. Helena, CA  94574
4  Telephone: (707) 967-9656
   Facsimile: (707) 963-0771
5  Email: jamesroselaw@sbcglobal.net
6
7  PATRICK MCGOVERN, ESQ. (SBN 115981)
   270 Redwood Shores Parkway, No. 730
8  Redwood City, California 94065
   Telephone:   (650) 274-4085
9  Facsimile:    (650) 212-0081
   E-Mail:  mcglaw@comcast.net
10

11

12               UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14

15
   GOTT BROTHERS DEVELOPMENT,      )   Case No.  CV 09-00807 PJH
16 LLC, a limited liability company )
                                   )   **JOINT STIPULATION OF DISMISSAL**
17           Plaintiff,             )   **AND [**P̶R̶O̶P̶O̶S̶E̶D̶**] ORDER**
18                                  )
       vs.                          )
19                                  )
   JEAN NICHOLSON and DEAN         )   JUDGE:      Hon. Phyllis J. Hamilton
20 NICHOLSON, individually and as Trustees )
   of the DEAN AND JEAN T. NICHOLSON )
21 FAMILY TRUST; VIRGINIA TOOGOOD, )
   individually and as the Trustee of the )
22 VIRGINIA TOOGOOD FAMILY TRUST, )
23 COMPRISING VIRGINIA T. TOOGOOD )
   AND DOES 1-20, INCLUSIVE,        )
24                                   )
25         Defendants.

26 ─────────────────────────────

27

28       Whereas Plaintiff and Counter-Defendants GOTT BROTHERS DEVELOPMENT,

LLC, a California limited liability company. JOEL GOTT, an individual and DUNCAN GOTT,

- 1 -

Case No. 09-00807 PJH

an individual ("GOTT"), and Defendants and Counter-Complainants JEAN NICHOLSON and DEAN NICHOLSON, individually and as Trustees of the DEAN AND JEAN T. NICHOLSON FAMILY TRUST and VIRGINIA TOOGOOD, individually and as the Trustee of the VIRGINIA TOOGOOD FAMILY TRUST COMPRISING VIRGINIA T. TOOGOOD ("NICHOLSON/TOOGOOD") (collectively the "Parties") reached a settlement before the Honorable Magistrate Judge Ryu, the terms of which were put on the record on January 9, 2012.  Accordingly, the above matter may now be dismissed.  As part of the settlement put on the record on that date, Judge Ryu retained jurisdiction, and shall continue to retain such jurisdiction after filing of this stipulation and dismissal, to resolve any dispute concerning the drafting of settlement documents by binding and non-appealable decision.  Further, as the settlement included installment payments from GOTT to NICHOLSON/TOOGOOD, the last of which is due and payable on June 1, 2014, the Court shall retain jurisdiction on application of NICHOLSON/TOOGOOD to set aside this dismissal and enter judgment upon the settlement on the record or instead pursuant to subsequent written settlement agreement executed by the Parties.

   IT IS HEREBY STIPULATED by the Parties and their attorneys of record that the Court respectfully confirm the dismissal of the above action without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

   WHEREFORE, the Parties stipulate that this case be dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure upon the terms set forth herein.

   Jointly stipulated this ____ day of February, 2012.

THE LAW OFFICES OF JAMES R. ROSE

_____
JAMES R. ROSE
Attorneys for Plaintiff and Counter-Defendants

- 2 -

Case No. 09-00807 PJH

                                                  THE LAW OFFICES OF PATRICK MCGOVERN

                                                  _____

                                                  PATRICK MCGOVERN
                                                  Attorneys for Defendants and Counter-Claimaints

### **ORDER**

       The Joint Stipulation of Dismissal having been submitted by the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**

       1. The case is dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

       2. Magistrate Judge Donna M. Ryu to resolve any dispute concerning the drafting of settlement documents by binding and non-appealable decision; and

       3. The Court retains jurisdiction upon application of NICHOLSON/TOOGOOD to set aside this dismissal and enter judgment upon the settlement on the record or instead pursuant to subsequent written settlement agreement executed by the Parties.

**IT IS SO ORDERED**

Dated: February 28, 2012

                                                  _____
                                                  HON. PHYLLIS J. HAMILTON
                                                  United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton* (signature stamp)